# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEFFERY SPENCER PROCTOR, | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-01343-RFB-GWF |
| vs. | ) | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion to Stay Discovery Pending Resolution of LVMPD'S Motion to Dismiss or, in the Alternative, Motion for a More Definite Statement (#15) filed August 31, 2015. There being no response filed to date, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay Discovery Pending Resolution of LVMPD'S Motion to Dismiss or, in the Alternative, Motion for a More Definite Statement (#15) is **granted**.

DATED this 18th day of November, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge