# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JEFFREY SPENCER PROCTOR,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

    Defendant.

Case No. 2:15-cv-01343-RFB-GWF

**ORDER**

## I.   DISCUSSION

On July 15, 2015, this action was removed to this Court. (ECF No. 1). Pursuant to the Nevada Department of Corrections search database, it appears that Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court.

The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file an updated address with this Court within thirty (30) days from the date of entry of this order.

1  IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, the
2 Court shall dismiss this action without prejudice.
3  DATED: This 7th day of December, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge